**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| BRIAN BILAL STARKS, ) | NO.  CV 15-04627-AG (AS) |
| ) Petitioner, ) | |
| v.                      ) | **JUDGMENT** |
| ) ERIC ARNOLD, Warden, ) | |
| ) Respondent.   ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 30, 2016

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE